the defendant Arfa. The defendant maintains that the judgment sued upon was not properly taken and was not a valid judgment because there was no summons and complaint and proof of service and default in the action of the plaintiff against Arfa. This defect was supplied upon this trial and a valid judgment existed upon which suit could be brought. The question of whether the plaintiff was an employee of Arfa at the time of the accident was fully litigated upon contradictory evidence and the jury has found against the defendant and in favor of the plaintiff. A bare question of fact is involved and the judgment and order appealed from should be affirmed, with costs. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

CHARLOTTE M. VAN BUREN, as Administratrix, etc., of CHARLOTTE ADELAIDE VAN BUREN, Deceased, Respondent, v. JAMES H. GANDEE, TRANSCONTINENTAL CAR FORWARDING Co., Appellants, and ALEXANDER CHARLES, Defendant. DOROTHY FRANCIS JOHNSON, Respondent, v. JAMES H. GANDEE, TRANSCONTINENTAL CAR FORWARDING Co., Appellants, and ALEXANDER CHARLES, Defendant. LINDSAY B. JOHNSON, as Administrator, etc., of MAURICE JOHNSON, Deceased, Respondent, v. JAMES H. GANDEE, TRANSCONTINENTAL CAR FORWARDING Co., Appellants, and ALEXANDER CHARLES, Defendant. GEORGE JOHNSON, by RICHARD H. SHEPP, His Guardian ad Litem, Respondent, v. JAMES H. GANDEE, TRANSCONTINENTAL CAR FORWARDING Co., Appellants, and ALEXANDER CHARLES, Defendant. TRANSCONTINENTAL CAR FORWARDING Co., Appellant, v. ALEXANDER CHARLES, Respondent. EDSELL FORD CARR, Appellant, v. ALEXANDER CHARLES, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Petition of ALMA M. FABRICIUS, Appellant, for an Order against ERNEST E. COLE, as Commissioner of Education, State of New York, Respondent, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Party-Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

AMERICAN OIL COMPANY, Respondent, v. JOSEPH W. COUGHLIN and RUTH COUGHLIN, Appellants.— Defendants appeal from a judgment in favor of the plaintiff for the sum of $291.65, entered upon the verdict of a jury in the Ulster county clerk's office on the 29th day of September, 1939. The action was to recover a balance due upon an alleged account stated for goods sold and delivered by plaintiff's assignor to the defendant Joseph W. Coughlin, the payment of which was guaranteed by the defendant Ruth Coughlin, to an amount not exceeding $200. Defendants conceded the sale and delivery of the merchandise, but denied an account stated, and also any liability on the part of the defendant Ruth Coughlin, claiming that she had already discharged any liability incurred by reason of her guaranty. Defendants further pleaded a counterclaim or setoff for goods sold and delivered to plaintiff's assignor of the value and agreed price of $87.50. The verdict of the jury dismissing defendants' counterclaim or setoff was not against the weight of the evidence. Defendants had the burden of proof on this issue, and, since the evidence produced by them was neither clear nor satisfactory, the jury had a right to reject such evidence. The verdict against Ruth Coughlin was proper. The language of her written guaranty negatives the theory that her